Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BECKSON MARINE, INC., a Connecticut corporation; CAROLE A. BECKERER, ELOISE BRADY and JOAN A. JONES, Custodians,<br><br>Plaintiffs,<br><br>v.<br><br>NFM, INC., a Washington corporation,<br><br>Defendant. | Cause No. 3:98-cv-05531 FDB<br><br>JUDGMENT THAT U.S. PATENT NO. 4,363,350 IS NOT INVALID AND IS INFRINGED AND DISMISSING DEFENDANT'S COUNTERCLAIMS WITH PREJUDICE<br><br>**Noted for Consideration:**<br>**September 23, 2005** |

This matter came before the court on the motion of the Plaintiffs for entry of judgment of that U.S. Patent No. 4,363,350 is not invalid and infringed and for judgment that Defendants' counterclaims of inequitable conduct, Lanham Act violations, state law unfair competition violations and anti-trust violations with prejudice.

The court having read the moving papers and defendant's response thereto, and in light of the Opinion of the United States Court of Appeal for the Federal Circuit filed July 28, 2005 (Clerk's Docket No. 256) and the mandate thereof spread of even date (Clerk's Docket No. 257) it is hereby:

PLAINTIFFS' MOTION & MEMORANDUM FOR ENTRY OF
JUDGMENT ON REMAND -- C98-5531 FDB
Page 1 of 2

**STRATTON BALLEW** PLLC
18850 – 103rd AVENUE S.W., SUITE 102
VASHON ISLAND, WASHINGTON 98070
TEL: (206) 682-1496 • FAX: (206) 260-3816

ORDERED ADJUDGED AND DECREED that

1. U.S. Patent No. 4,363,350 is not invalid and that the accused devise of Defendant infringes Claim 1 of said patent; and.

2. Defendant's counterclaims for inequitable conduct, Lanham Act violations, state unfair competition claims and anti-trust claims are dismissed with prejudice.

DONE IN OPEN COURT THIS 28th day of September, 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Respectfully Submitted: September 2, 2005

STRATTON BALLEW PLLC

By:  s/ Rex B. Stratton_____
    Rex B. Stratton, WSBA No. 1913
    6

Allen D. Brufsky
of counsel to
CHRISTOPHER & WEISBERG, P.A.
200 E. Las Olas Blvd. Suite 2040
Ft. Lauderdale, FL 33301
Tel: 954-828-1488
Fax: 954-828-9122
E-mail abrufs@aol.com or
abrufsky@cwcip.com

PLAINTIFFS' MOTION & MEMORANDUM FOR ENTRY OF
JUDGMENT ON REMAND -- C98-5531 FDB
Page 2 of 2

STRATTON BALLEW PLLC
18850 – 103rd AVENUE S.W., SUITE 102
VASHON ISLAND, WASHINGTON 98070
TEL: (206) 682-1496 • FAX: (206) 260-3816