UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BECKSON MARINE, INC., a Connecticut corporation; CAROLE A. BECKERER, ELOISE BRADY and JOAN A. JONES, Custodians,<br><br>Plaintiffs,<br><br>v.<br><br>NFM, INC., a Washington corporation,<br><br>Defendant. | Case No. C98-5531FDB<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION AND NEW TRIAL, OR STAY PENDING REEXAMINATION |

This matter is before the court on Defendant NFM, Inc.'s motion for reconsideration and new trial or stay pending reexamination of the '350 patent by the United States Patent and Trade Office (USPTO). The court, having considered the parties' submissions and balance of the record, finds that the motion should be denied.

I.

Motions for reconsideration are disfavored. CR 7(h)(1). The Court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.

ORDER - 1

NFM has made no showing of manifest error nor has it provided the Court with any newly discovered evidence or intervening changes in controlling law to support its request for reconsideration. The court has previously considered Defendant's arguments that it is entitled to a new trial on the merits of Davis and related alleged inequitable conduct issues.[1]

Defendant NFM's "new evidence" is the USPTO's grant of reexamination of the '350 patent. However, the court's previous denial of NFM's motion to stay all proceedings pending a decision from the USPTO, took into consideration that the USPTO would grant NFM's request for reexamination. *See*, Order Denying Defendant's Motion for Stay Pending Reexamination, at p. 1.

## II.

NFM's motions are merely cumulative of what has already been considered by this court and fail to articulate an adequate basis for reconsideration or new trial.

ACCORDINGLY,

IT IS ORDERED:

(1) NFM's motion for new trial and/or reconsideration or stay (Dkt.#272) is **DENIED**.

DATED this 8th day of November, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

---

[1] Contrary to NFM's repeated protests that neither court has decided anything of substance, this court held and the Ninth Circuit confirmed, dismissal of NFM's claims of inequitable conduct and validity of claim 1 of the '350 patent, in addition to exclusion of Davis based on NFM's failure to timely enter it into evidence.

ORDER - 2