UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BECKSON MARINE, INC., a Connecticut corporation; CAROLE A. BECKERER, ELOISE BRADY and JOAN A. JONES, Custodians,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>NFM, INC., a Washington corporation,<br><br>　　　　　　Defendant. | No.  C98-5531 FDB<br><br>ORDER GRANTING MOTION TO FILE UNDER SEAL |

This matter having come before the Court on Plaintiffs' motion for leave to file under seal and the court recognizing that the motion and supporting documents contain confidential accounting and sales information of the defendant, it is SO ORDERED.

Dated this 7TH day of March 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Franklin D. Burgess
　　　　　　　　　　　　　　　　　　　　　　　　　FRANKLIN D. BURGESS
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Respectfully submitted,

By: s/Rex Stratton
    Rex B. Stratton, WSBA No. 1913
    STRATTON BALLEW PLLC
    18850-103rd Avenue S.W. Suite 102
    Vashon Island, WA 98070
    Phone: 206-682-1496
    Facsimile 206-260-3816
    stratton@strattonballew.com

Attorneys for Plaintiffs

Allen D. Brufsky
CHRISTOPHER & WEISBERG, P.A.
200 E. Las Olas Blvd. Suite 2040
Ft. Lauderdale, FL 33301
Tel: 954-828-1488
Fax: 954-828-9122
E-mail abrufs@aol.com or abrufsky@cwcip.com